**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael Y. Jung, SBN. 245260
  Email: jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLOY WELDING, INC., a California corporation, et al., <br><br> Defendants. | Case No. ED CV 18-0221 JGB (KKx) <br><br> **EX PARTE APPLICATION FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> Assigned to the Honorable Jesus G. Bernal <br><br> [LOCAL RULES 7-19 and 64-2] <br><br> [NO HEARING REQUIRED] |

Judgment Creditors, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., hereby request an order for service of process by a registered process server in lieu of the United States Marshals Service to serve writs of execution in the above-entitled matter. The United States Marshal shall remain the levying officer. Local Rule 64-2 requires the United States Marshal to serve writs of execution unless this Court specially appoints a private process server to do so.

This post judgment application is made *ex parte* pursuant to Local Rule 7-19 and 7-19.2 because Judgment Creditors are concerned that notice hereof will result in Judgment Debtors removing assets from their accounts which are subject to levy.

This application is supported by the memorandum of points and authorities and the declaration of Michael Y. Jung, filed herewith.

Respectfully Submitted,

Dated: November 5, 2018    LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ *Michael Y. Jung*
    Michael Y. Jung
    Counsel for Plaintiffs, Trustees of Operating
    Engineers Pension Trust, et al.