**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael Y. Jung, SBN. 245260
 Email: jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern California
Pipe Trades Health and Welfare Trust Fund, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLOY WELDING, INC., a California corporation, et al.,<br><br>Defendants. | Case No. ED CV 18-0221 JGB (KKx)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES EX PARTE APPLICATION FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>Assigned to the Honorable<br>Jesus G. Bernal<br><br>[LOCAL RULES 7-19 and 64-2]<br><br>[NO HEARING REQUIRED] |

Pursuant to Local Rule 7-19, Judgment Creditors, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., submit the following memorandum of points and authorities in support of their *ex parte* application for an order authorizing any writs of execution issued in this matter to be served by a private process server.

**I.   SUMMARY OF FACTS.**

Judgment was entered on September 21, 2018, in favor of Judgment Creditors and against Alloy Welding, Inc. and Robert Gutierrez, an individual doing business as

---

1281964 | 1 | Memorandum of Points & Authorities

"Alloy Welding" ("Judgment Debtors").  Declaration of Michael Y. Jung in Support of Ex Parte Application for Order for Service of Process by Registered Process Server ("Decl. Jung"), ¶ 2.  Said Judgment has not been vacated or reversed and the amount of $44,899.06, exclusive of interest, is owing and unpaid.  There is no stay of execution.  Decl. Jung, ¶ 2.

## II. CALIFORNIA LAW ALLOWS ASSETS TO BE COLLECTED BY WRIT OF EXECUTION.

A California judgment creditor may levy upon accounts receivable and other intangibles by serving a writ of execution and a notice of levy on the account debtor. CAL.CIV.PROC.CODE §§ 700.010, 700.170(a).  This method of levy is incorporated by Rule 69(a) of the Federal Rules of Civil Procedure.  FED.R.CIV.P. 69(a).

## III. THE COURT MAY HEAR THIS EX PARTE APPLICATION WITHOUT NOTICE PURSUANT TO LOCAL RULE 7-19.2.

Judgment Creditors request that this Court hear the present *ex parte* application without notice to Judgment Debtors, as permitted by Local Rule 7-19.2.  Judgment Creditors are concerned that if Judgment Debtors became aware of plans to serve a writ of execution by way of notice of this *ex parte* application, the subject assets would be removed and dissipated before Judgment Creditors could act.  Decl. Jung, ¶ 5.

## IV. THE COURT MAY ASSIGN THE TASK OF LEVYING TO A PRIVATE PERSON UNDER LOCAL RULE 64-2.

Although the United States Marshal remains the levying officer in civil cases, this Court may appoint a licensed private process server to serve a writ of execution on third parties holding assets of a judgment debtor.  See Local Rule 64-2.  The United States Marshal no longer performs services of certain types of levies, including bank levies.  Decl. Jung, ¶ 4.  Judgment Creditors therefore request an order from this Court authorizing service of writs of execution in this matter by a licensed private process server.  The Judgment Debtors will receive proper notice of any levy pursuant to CAL.CIV.PROC.CODE § 699.540

## V. CONCLUSION.

For the reasons set forth above, Judgment Creditors respectfully request that this Court grant the within *ex parte* application and issue an order authorizing writs of execution in this case to be served by a licensed private process server.

                                    Respectfully Submitted,

Dated: November 5, 2018     LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ *Michael Y. Jung*
     Michael Y. Jung
     Counsel for Plaintiffs, Trustees of Operating
     Engineers Pension Trust, et al.