**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael Y. Jung, SBN. 245260
  Email: jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLOY WELDING, INC., a California corporation, et al., <br><br> Defendants. | Case No. ED CV 18-0221 JGB (KKx) <br><br> **DECLARATION OF MICHAEL Y. JUNG IN SUPPORT OF EX PARTE APPLICATION FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> Assigned to the Honorable Jesus G. Bernal <br><br> [LOCAL RULES 7-19 and 64-2] <br><br> [NO HEARING REQUIRED] |

I, Michael Y. Jung, declare:

1. I am licensed to practice law in the State of California and before this Court. I am a partner at Laquer, Urban, Clifford & Hodge LLP ("LUCH"), attorneys of record for the Judgment Creditors, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al.

2. Judgment was entered on September 21, 2018, in favor of the Judgment Creditors and against Alloy Welding, Inc. and Robert Gutierrez, an individual doing business as "Alloy Welding" ("Judgment Debtors"). Said Judgment has not been

vacated or reversed and the amount of $44,899.06, exclusive of interest, is owing and unpaid. There is no stay of execution.

3. A writ has been submitted for issuance by the Clerk of the United States District Court, Central District of California.

4. Judgment Creditors wish to have any writ of execution issued herein served by a licensed private process server because the United States Marshals Office no longer provides for the service of writs, levies, garnishments, etc., through their office. On April 25, 2012, our office spoke with Sandra Farfan, Civil Process/Seizure Specialist for the United States Marshals Office. Ms. Farfan explained that the United States Marshals Office will not serve bank levies, wage garnishments or levies on third party accounts. Ms. Farfan stated that this has been the policy of the United States Marshals Office for more than 20 years. Ms. Farfan further explained that the United States Marshals Office will only serve levies associated with seizures of physical objects. Ms. Farfan stated that the Marshals Office remains the levying officer, so that once a levy is served by a process server, any applicable funds will be sent to the United States Marshals Office. The private process server only serves the levy documents and does not handle any of the funds. Entry of an order for service of process by registered process server is necessary to enable the Judgment Creditors to proceed with collection of the Judgment.

5. Judgment Creditors submit this *ex parte* application without notice to Judgment Debtors to avoid alerting Judgment Debtors of the issuance of a writ of execution. Judgment Debtors have refused to pay fringe benefit contributions and related amounts owed to Judgment Creditors despite repeated attempts to collect these amounts, which has necessitated the present action. Judgment Debtors are well aware of the amounts owed to Judgment Creditors. Our firm has been handling similar actions for over 30 years. In the experience of our firm, when judgment debtors are made aware of the issuance of a writ of execution and have demonstrated an unwillingness to pay an outstanding debt, such judgment debtors usually remove funds

from their accounts in order to avoid collection by creditors, as these funds are liquid and may be easily dissipated prior to levy.  For this reason, Judgment Creditors request that the Court hear this *ex parte* application without notice to Judgment Debtor, as permitted by Local Rule 7-19.2.

  I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on November 5, 2018, at Pasadena, California.

            /s/ *Michael Y. Jung*
            Michael Y. Jung