1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLOY WELDING, INC., a California corporation, et al., <br><br> Defendants. | Case No. ED CV 18-0221 JGB (KKx) <br><br> **ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> Assigned to the Honorable Jesus G. Bernal <br><br> [LOCAL RULES 7-19 and 64-2] <br><br> [NO HEARING REQUIRED] |

1276096

1

Order for Service of Process

Good cause appearing from the foregoing application of Judgment Creditors, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al.,

**IT IS HEREBY ORDERED** that any writs of execution issued by the Clerk for the United States District Court, Central District of California, in the present case may be served by a licensed private process server over the age of 18, in lieu of the United States Marshals Office.  The United States Marshals Office shall remain the levying officer.

The clerk shall issue any writ of execution forthwith and release that writ of execution to the Judgment Creditors' attorney or its agents for purpose of complying with this Order.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE